IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MICHAEL BUFFER, an Individual, and READY RUMBLE, LLC, a California Limited Liability Corporation,<br>    Plaintiffs,<br><br>v.<br><br>GRM COMMUNICATIONS, INC., a Texas Corporation, d/b/a Radio Station XHNZ and d/b/a La Zeta Radio de Neta, et al.,<br>    Defendants. | § § § § § § § § § § § § § | EP-09-CV-421-DB |

## FINAL JUDGMENT

On this day, the Court entered an Order, dismissing without prejudice the above-captioned cause. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**.

SIGNED this **5th** day of **October, 2010.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE