

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

MICHAEL BUFFER, an individual; )
and, READY TO RUMBLE, LLC, )
a California limited liability )
corporation, )
 )
Plaintiffs, )
 )
vs. ) Cause No. EP-09-CV-00421-DB
 )
GRM COMMUNICATIONS, INC., )
a Texas Corporation, doing business )
as RADIO STATION XHNZ and doing )
business as LA ZETA RADIO DE )
NETA, et al. )

## ABSTRACT OF JUDGMENT

I, WILLIAM G. PUTNICKI, Clerk of Court for the United States District Court for the Western District of Texas, do hereby certify that, in a certain suit filed of record in this Court with Cause No. EP-09-CV-00421-DB, Plaintiffs MICHAEL BUFFER and READY TO RUMBLE, LLC, jointly and severally, received a final judgment over and against Defendant, GRM COMMUNICATIONS, INC., a Texas Corporation, doing business as RADIO STATION XHNZ and doing business as LA ZETA RADIO DE NETA, and their last known address of said Defendant is:

2100 Trawood Dr., El Paso, Texas 79935-00301

on the 5th day of October 2010, for the sum of ONE HUNDRED SEVENTY-FIVE THOUSAND DOLLARS AND 00/100 ($175,000.00), plus attorneys' fees and court costs in the amount of THIRTY-SEVEN THOUSAND SEVENTEEN DOLLARS AND 45/100 ($37,017.45). As of the date of the filing of this Abstract of Judgment, there is now still due and owing on said judgment the sum of ONE HUNDRED SEVENTY-FIVE THOUSAND DOLLARS AND 00/100 ($175,000.00), plus attorneys' fees and court costs in the amount of THIRTY-SEVEN THOUSAND SEVENTEEN DOLLARS AND 45/100 ($37,017.45).

Plaintiffs' mailing address is as follows: Michael Buffer and Ready to Rumble, LLC, c/o Mark C. Walker, Cox Smith Matthews Incorporated, 221 N. Kansas, Suite 2000, El Paso, Texas 79901.

UNITED STATES DISTRICT CLERK
WESTERN DISTRICT OF TEXAS

*El Paso Texas*

*April 11, 2011*
By: _Que Lail Aida Radke_

BEFORE ME, a notary public, on this day personally appeared _____ known to me to be the person whose name is subscribed to the foregoing document and being by me duly sworn, declared that the statements therein contained are true and correct and based upon his personal knowledge.

Given under my hand and seal of office this ____ day of April, 2011.

_____
Notary Public, State of Texas

After recording, return to:

Mark C. Walker
Cox Smith Matthews Incorporated
221 N. Kansas, Suite 2000
El Paso, Texas 79901

2

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 3
Receipt Number: 300008440
Cashier ID: mgallego
Transaction Date: 04/08/2011
Payer Name: COX SMITH MATTHEWS INC.
----------------------------------
ABSTRACT OF JUDGMENT
 For: MICHAEL BUFFER
 Amount:        $9.00
----------------------------------
CHECK
 Check/Money Order Num: 1069
 Amt Tendered:  $9.00
----------------------------------

Total Due:      $9.00
Total Tendered: $9.00
Change Amt:     $0.00

ABSTRACT OF JUDGMENT

DTXW309CV0007421-DB

FBO MICHAEL BUFFER
```