IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MICHAEL BUFFER, an Individual, and, READY TO RUMBLE, LLC, a California Limited Liability Corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GRM COMMUNICATIONS, INC., a Texas Corporation, d/b/a Radio Station XHNZ and d/b/a La Zeta Radio de Neta, et al.,<br>　　　　Defendants. | Cause No. EP-09-CV-0421-DB |

### **RELEASE OF JUDGMENT**

Plaintiffs, Michael Buffer and Ready To Rumble, LLC, obtained a judgment against Defendant, GRM Communications, Inc., in the above-styled and numbered cause. As a result of a settlement of the disputes underlying the judgment, including but limited to the judgment, Plaintiffs release and discharge in full the judgment they obtained against Defendant, GRM Communications, Inc., in the above-styled and numbered cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, file this Release of Judgment in this cause to give notice to the Court and to all interested parties of their release and discharge in full of the judgment they obtained against Defendant, GRM Communications, Inc., in the above-styled and numbered cause.

3811630.1

Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**
221 North Kansas, Suite 2000
El Paso, Texas 79901
915-541-9300
915-541-9399 Telecopier

By: /s/ Mark C. Walker
   Mark C. Walker
   Texas State Bar No. 20717320
   David Mirazo
   Texas State Bar No. 24044610

**ATTORNEYS FOR PLAINTIFFS MICHAEL BUFFER AND READY TO RUMBLE, LLC**

## Certificate of Service

I certify that on the 21 day of February, 2012, I served the foregoing instrument via hand-delivery upon Mark N. Osborn and via certified mail, return receipt requested, upon Forest Nelson, counsel for Defendants.

/s/ Mark C. Walker
Mark C. Walker

3811630.1